

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 22, 2005

**BY HAND**

CR 05-22

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 King Street
Wilmington, Delaware 19801

    Re:   **Request for Case Assignment**

Dear Mr. Dalleo:

    Please accept this letter as a request that the matter of <u>United States v. Dawn Muzoleski</u> be assigned a criminal action number and be assigned to a district judge. The defendant, Dawn Muzoleski, has retained counsel, Eugene J. Maurer, Esquire, in this matter. The defendant, through counsel, has accepted a pre-indictment plea offer and has agreed to waive indictment. The government expects that the defendant will plead guilty at her initial appearance. The Waiver of Indictment, Information, Defendant Information Sheet, and Disclosure Statement are enclosed. Should you have any questions or concerns, please contact me at (302) 573-6277 ext. 142.

    Thank you.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By: Anne Y. Park
Assistant U.S. Attorney

Encls.

cc: Eugene J. Maurer, Esquire