IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05- 22 |
| ) | |
| DAWN A. MUZOLESKI, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**Count One**

From in or about May 2003 through in or about October 2003, in New Castle County, in the State and District of Delaware, defendant Dawn A. Muzoleski, did knowingly take and carry away, with intent to steal and purloin, approximately $21,243.32 of money, belonging to and in the care, custody, control, management and possession of Wilmington Trust Company, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

COLM F. CONNOLLY
United States Attorney

By: _____
Anne Y. Park
Assistant United States Attorney

Dated: March 22, 2005