IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　)
　　　　　　v.　　　　　　　　　　　)　　　Criminal Action No. 05- 22
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DAWN MUZOLESKI,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendant.　　　)

### DISCLOSURE STATEMENT

　　　Now comes the United States Attorney for the District of Delaware, pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, and states that the organizational victim of the criminal activity alleged in the information is Wilmington Trust Company.  The United States Attorney further states that the organizational victim is a corporation, and that its parent corporation is Wilmington Trust Corporation, and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Anne Y. Park
　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: *March 22, 2005*