# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:05–cr–00022–GMS
                                         Honorable Gregory M. Sleet

Dawn A. Muzoleski

                Defendant.

TYPE OF CASE:           Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF HEARING as to Dawn A. Muzoleski: Arraignment set for 5/10/2005 at 11:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. Change of Plea Hearing set for 5/10/2005 at 11:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. Initial Appearance set for 5/10/2005 at 11:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

April 13, 2005

                                                          Peter T. Dalleo, Clerk
                                              McDavid, Marie mmm, Deputy Clerk