# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

        Plaintiff,

v.                                             Case No.: 1:05−cr−00022−GMS
                                                                   Honorable Gregory M. Sleet

Dawn A. Muzoleski

        Defendant.

TYPE OF CASE:          Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF HEARING as to Dawn A. Muzoleski. Sentencing set for 8/25/2005 at 10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

May 10, 2005

                                                                  Peter T. Dalleo, Clerk
                                       McDavid, Marie mmm, Deputy Clerk