IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-22-GMS |
| DAWN A. MUZOLESKI, | : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL

Please enter the appearance of Adam G. Safwat, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                                COLM F. CONNOLLY
                                United States Attorney

                        BY:    /s/
                                Adam G. Safwat
                                Assistant United States Attorney

Dated: July 8, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-22-GMS |
| DAWN MUZOLESKI, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Adam G. Safwat, Assistant United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 8th day of July, 2005, I electronically filed a SUBSTITUTION OF COUNSEL with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eugene J. Maurer, Jr., Esquire
1201-A Market Street
Wilmington, DE 19801

                                                          /s/
                                        Adam G. Safwat
                                        Assistant United States Attorney